IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    1401 H Street, N.W., Suite 4000<br>    Washington, D.C.  20036,<br><br>        Plaintiff,<br>v.<br><br>UNITEDHEALTH GROUP INCORPORATED<br>    9900 Bren Road East<br>    Minnetonka, MN  55343,<br><br>PACIFICARE HEALTH SYSTEMS, INC.<br>    5995 Plaza Drive<br>    Cypress, CA  90630,<br><br>        Defendants. | Civil Action No.:<br>    1:05CV02436<br><br>Judge:  Ricardo M. Urbina<br><br>Filed:  January 5, 2006 |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all Parties of Record:

        Please enter my appearance as counsel for Plaintiff UnitedHealth Group Incorporated pursuant to Local Rule 83.6.


DATED:  January 5, 2006


                By:  _____/s/_____
                        Laura A. Wilkinson (D.C. Bar No. 413497)
                        Weil, Gotshal & Manges LLP
                        1300 Eye Street N.W., Suite 900
                        Washington, D.C.  20005
                        Tel: (202) 682-7000
                        E-mail: laura.wilkinson@weil.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance was filed electronically on January 5, 2006, and a copy was sent by first class mail to:

Gary A. MacDonald (D.C. Bar No. 418378)
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, D.C. 2 0005-2111
Tel: (202) 371-7000
E-mail: gmacdona@skadden.com

By: _____/s/_____
Laura A. Wilkinson (D.C. Bar No. 413497)
Weil, Gotshal & Manges LLP
1300 Eye Street N.W., Suite 900
Washington, D.C.   20005
Tel: (202) 682-7000
E-mail: laura.wilkinson@weil.com

NY1:\1369262\01\TCJ201!.DOC\78429.0110