IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br>    1401 H Street, N.W., Suite 4000 ) <br>    Washington, D.C. 20036, ) <br>                       Plaintiff, ) <br>           v. ) <br> ) <br> UNITEDHEALTH GROUP INCORPORATED ) <br>    9900 Bren Road East ) <br>    Minnetonka, MN 55343, ) <br> ) <br> PACIFICARE HEALTH SYSTEMS, INC. ) <br>    5995 Plaza Drive ) <br>    Cypress, CA 90630, ) <br>                 Defendants. ) | Civil Action No.: <br>    1:05CV02436 <br><br> Judge: Ricardo M. Urbina <br><br> Filed: January 5, 2006 |

**JOINT CERTIFICATION OF UNITEDHEALTH GROUP INCORPORATED
AND PACIFICARE HEALTH SYSTEMS, INC.**

Pursuant to Section 2(g) of the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(g), UnitedHealth Group Incorporated ("United") and PacifiCare Health Systems, Inc. ("PacifiCare") make the following disclosure of written and oral communications concerning the proposed Final Judgment. In addition to communications by counsel of record for United and/or PacifiCare alone with employees of the Department of Justice, which are exempt from disclosure under 15 U.S.C. § 16(g), the following persons have had the following communications on behalf of United and/or PacifiCare concerning the proposed Final Judgment in this action that was filed on December 20, 2005:

1. On November 4, 2005, United's counsel of record and David Lubben, General Counsel of United and Mike Mikan, Chief Financial Officer of UnitedHealthcare, Inc. and President of UnitedHealth Networks, Inc. as well as PacifiCare's counsel of record attended a meeting at the Department of Justice with employees of the Antitrust Division and discussed, among other topics, a proposed divestiture package to include in a consent judgment.

2. On November 15, 2005, United's counsel of record and David Lubben, Steven Hemsley, President and Chief Operating Officer of United and Michael McDonnell, General Counsel of UnitedHealthcare Inc. as well as and PacifiCare's counsel of record and Joseph Konowiecki, General Counsel of PacifiCare attended a meeting at the Department of Justice with employees of the Antitrust Division and discussed, among other topics, a proposed divestiture package to include in a consent judgment.

3. On December 5, 2005, United's counsel of record and Michael McDonnell as well as PacifiCare's counsel of record, attended a meeting at the Department of Justice with employees of the Antitrust Division and discussed, among other topics, proposed terms related to the divestiture package to be included in a consent judgment, together with a written communication, provided in advance of that meeting, regarding compliance with the proposed conditions in the consent judgment.

United and PacifiCare hereby jointly certify that this disclosure complies with the requirements of § 2(g) of the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(g), and that this disclosure is a true and complete description of relevant

communications known to United and PacifiCare or of which United and PacifiCare reasonably should have known.

DATED:   January 5, 2006

        FOR UNITEDHEALTH GROUP INCORPORATED

By: _____/s/_____
Laura A. Wilkinson (D.C. Bar No. 413497)
Weil, Gotshal & Manges LLP
1300 Eye Street N.W., Suite 900
Washington, D.C.   20005
Tel: (202) 682-7000
Email: laura.wilkinson@weil.com

FOR PACIFICARE HEALTH SYSTEMS, INC.

By: _____/s/_____
Gary A. MacDonald (D.C. Bar No. 418378)
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, D.C.  2 0005-2111
Tel: (202) 371-7000
Email: gmacdona@skadden.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Joint Certification of UnitedHealth Group Incorporated and Pacificare Health Systems, Inc. was filed electronically on January 5, 2006, and a copy was sent by first class mail to:

Gary A. MacDonald (D.C. Bar No. 418378)
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, D.C. 2 0005-2111
Tel: (202) 371-7000
E-mail: gmacdona@skadden.com

                        By:    _____/s/_____
                                Laura A. Wilkinson (D.C. Bar No. 413497)
                                Weil, Gotshal & Manges LLP
                                1300 Eye Street N.W., Suite 900
                                Washington, D.C.   20005
                                Tel: (202) 682-7000
                                E-mail: laura.wilkinson@weil.com