**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>　　1401 H Street, N.W., Suite 4000 )<br>　　Washington, D.C.   20036, )<br>　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　)<br>　　　　Plaintiff, )<br>　　v. )<br>　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　)<br>UNITEDHEALTH GROUP INCORPORATED )<br>　　9900 Bren Road East )<br>　　Minnetonka, MN   55343, )<br>　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　)<br>PACIFICARE HEALTH SYSTEMS, INC. )<br>　　5995 Plaza Drive )<br>　　Cypress, CA   90630, )<br>　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　)<br>　　　　Defendants. ) | Civil Action No.:1:05CV02436<br><br>Judge:   Ricardo M. Urbina<br><br>Filed:   January 5, 2006 |

**NOTICE OF ENTRY OF APPEARANCE**

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel in this case for PacifiCare Health Systems, Inc.

DATED:   January 5, 2006

　　　　　　　　　　　　　　　　　　By:   　/s/ Gary A. MacDonald　
　　　　　　　　　　　　　　　　　　　　　Gary A. MacDonald (D.C. Bar No. 418378)
　　　　　　　　　　　　　　　　　　　　　Skadden, Arps, Slate, Meagher & Flom LLP
　　　　　　　　　　　　　　　　　　　　　1440 New York Avenue, N.W.
　　　　　　　　　　　　　　　　　　　　　Washington, D.C.   20005-2111
　　　　　　　　　　　　　　　　　　　　　Tel: (202) 371-7000
　　　　　　　　　　　　　　　　　　　　　E-Mail:   gmacdona@skadden.com