UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>UNITEDHEALTH GROUP, INC., and,<br>PACIFICARE HEALTH SYSTEMS, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)   CASE NUMBER: 1:05CV02436<br>)<br>)   Judge Ricardo M. Urbina<br>)<br>)   FILED: May 22, 2006<br>)<br>)<br>) |

## CERTIFICATE OF COMPLIANCE WITH PROVISIONS
## OF THE ANTITRUST PROCEDURES AND PENALTIES ACT

Plaintiff United States of America, by the undersigned attorneys, hereby certifies that, in compliance with the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(b)–(h), the following procedures have been followed in preparation for the entry of a Final Judgment herein:

1.   Plaintiff and Defendants stipulated to the entry of the proposed Final Judgment, which was filed with the Court on December 20, 2005, and the proposed Amended Final Judgment, which was filed with the Court on March 2, 2006;

2.   The Competitive Impact Statement was filed with the Court on March 3, 2006;

3.   The Complaint, proposed Amended Final Judgment, and Competitive Impact Statement were published in the *Federal Register* on March 20, 2006, 71 Fed. Reg. 13991–14004 (2006) (Attachment 1);

4.   A summary of the terms of the proposed Amended Final Judgment was published in *The Washington Post*, a newspaper of general circulation in the District of Columbia,

beginning on March 15, 2006 and continuing on consecutive days through March 21, 2006 (Attachment 2);

5.   Copies of the Complaint, proposed Amended Final Judgment, and Competitive Impact Statement were furnished to all persons requesting them and made available on the Antitrust Division's Internet site;

6.   On January 5, 2006, Defendants UnitedHealth Group, Inc. and PacifiCare Health Systems, Inc. filed with the Court their joint disclosure statement concerning written or oral communications by or on behalf of the defendants, or any other person, with any officer or employee of the United States concerning the proposed Final Judgment, as required by 15 U.S.C. § 16(g);

7.   The sixty-day public comment period prescribed by 15 U.S.C. §16(b) and (d) for the receipt and consideration of written comments, during which the proposed Amended Final Judgment could not be entered, commenced on March 20, 2006 and ended on May 19, 2006;

8.   The United States received no public comments on the proposed Amended Final Judgment; and

9.   The parties have now satisfied all the requirements of the Antitrust Procedures and Penalties Act, 15 U.S.C. § 16(b)-(h), as a condition for entering the proposed Amended Final Judgment, and it is now appropriate for the Court to make the public-interest determination required by 15 U.S.C. § 16(e) and to enter the Amended Final Judgment.

Dated: May 22, 2006

                        Respectfully submitted,

                        /s/ Jon B. Jacobs
                        Jon B. Jacobs (D.C. Bar # 412249)
                        Nicole S. Gordon
                        Rebecca A. Perlmutter
                        United States Department of Justice
                        1401 H Street, N.W., Suite 4000
                        Washington, D.C. 20530
                        Telephone: (202) 514-5012
                        Facsimile: (202) 307-5802