# Attachment 2

Ad # 40112   Name US DEPT OF JUSTICE/ANTI TRUS   Size 72 lines   M0064
Class  815'   PO # PO 5159 Authorized by MAURA LEE   Account 632270

## PROOF OF PUBLICATION

District of Columbia, ss., Personally appeared before me, a Notary Public in and for the said District, Kate M. Davey well known to me to be Billing Manager of The Washington Post, a daily newspaper published in the City of Washington, District of Columbia, and making oath in due form of law that an advertisement containing the language annexed hereto was published in said newspaper on the dates mentioned in the certificate herein.

I Hereby Certify that the attached advertisement was published in The Washington Post, a daily newspaper, upon the following dates at a cost of $4,533.12, and was circulated in the Washington metropolitan area.

Published 7 times. Dates: March 15, 16, 17, 18, 19, 20 and 21, 2006
Account 632270

Witness my hand and official seal this ___ day of April 20 06

My commission expires

Jennifer A. Johnson
Notary Public, District of Columbia
My Commission Expires 09-30-2008

U.S. DEPARTMENT OF JUSTICE
ANTITRUST DIVISION
United States v. UnitedHealth Group Incorporated
& PacifiCare Health Systems, Inc.
TAKE NOTICE that a proposed Amended Final Judgment has been filed with the United States District Court for the District of Columbia in a civil antitrust case, United States v. UnitedHealth Group Incorporated & PacifiCare Health Systems, Inc., Civ. Action No. 1:05CV02436. On December 20, 2005, the United States filed a Complaint alleging that the proposed acquisition by United of PacifiCare would violate Section 7 of the Clayton Act, 15 U.S.C. 18. A proposed Final Judgment, filed on the same day, requires United to divest certain health insurance contracts in Tucson, Arizona and Boulder, Colorado. It also enjoins United from continuing to exchange certain information with CareTrust Networks, a wholly owned subsidiary of Blue Shield of California and requires United to terminate its network rental agreement with CareTrust effective one year after entry of the Final Judgment. On March 2, 2006, an Amended Final Judgment was filed to permit United to add new members to the CareTrust network until July 5, 2006. A Competitive Impact Statement filed by the United States describes the Complaint, the proposed Amended Final Judgment, the industry, and the remedies available to private litigants who may have been injured by the alleged violation. Copies of the Complaint, proposed Amended Final Judgment, and Competitive Impact Statement are available for inspection at the Department of Justice in Washington, DC, Room 200, 325 Seventh Street, NW, on the Internet at http://www.usdoj.gov/atr, and at the Office of the Clerk of the United States District Court for the District of Columbia.
Interested parties may address comments to Mark Botti, Chief, Litigation I Section, Antitrust Division, U.S. Department of Justice, 1401 H Street, NW, Suite 4000, Washington, DC 20530 (telephone#: 202-307-0001), within sixty days of the date of this notice.