UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> UNITEDHEALTH GROUP, INC., and <br> PACIFICARE HEALTH SYSTEMS, INC., <br><br> Defendants. | Case Number: 1:05CV02436 <br><br> Judge Ricardo M. Urbina <br><br> Filed: May 30, 2006 |

**NOTICE OF TIME EXTENSION TO COMPLETE DIVESTITURES**

Pursuant to Paragraph IV(B) of the Final Judgment, entered May 23, 2006, the United States is notifying the Court that it has extended the time period in which defendants must divest the Divestiture Assets to June 30, 2006.

Dated: May 30, 2006

Respectfully Submitted,

_____/s/_____
NICOLE S. GORDON
JON B. JACOBS (DC Bar #412249)
Attorneys
Antitrust Division
United States Department of Justice
1401 H Street NW, Suite 4000
Washington, D.C. 20530
(p) 202.514.5012
(f) 202.307.5802