UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                              )<br>Plaintiff,                                           )<br>                                                              )<br>v.                                                         )<br>                                                              )<br>UNITEDHEALTH GROUP, INC., and  )<br>PACIFICARE HEALTH SYSTEMS, INC., )<br>                                                              )<br>Defendants.                                      )<br>_____) | Case Number:  1:05CV02436<br><br>Judge Ricardo M. Urbina<br><br>Filed: May 30, 2006 |

### NOTICE OF TIME EXTENSION TO COMPLETE DIVESTITURES

Pursuant to Paragraph IV(B) of the Final Judgment, entered May 23, 2006, the United States is notifying the Court that it has extended the time period in which defendants must divest the Divestiture Assets to July 24, 2006.

Dated: July 3, 2006

                                                                            Respectfully Submitted,

                                                                            _____/s/_____
                                                                            NICOLE S. GORDON
                                                                            JON B. JACOBS (DC Bar #412249)
                                                                            Attorneys
                                                                            Antitrust Division
                                                                            United States Department of Justice
                                                                            1401 H Street NW, Suite 4000
                                                                            Washington, D.C. 20530
                                                                            (p) 202.514.5012
                                                                            (f)  202.307.5802