UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case Number:  1:05CV02436 |
| Plaintiff, | ) | |
| | ) | Judge Ricardo M. Urbina |
| v. | ) | |
| | ) | Filed: May 30, 2006 |
| UNITEDHEALTH GROUP, INC., and | ) | |
| PACIFICARE HEALTH SYSTEMS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF STATUS OF DIVESTITURES

Defendants have completed the divestiture of the Tucson Commercial Insurance

Contracts, which constitute approximately 90% of the covered lives required to be divested by

the Final Judgment entered May 23, 2006.  In order to provide additional time to complete the

divestiture of the Boulder Contract, the United States has extended the time period in which

defendants must divest the Divestiture Assets to August 14, 2006.

Dated: July 24, 2006

Respectfully Submitted,

_____/s/_____

NICOLE S. GORDON
JON B. JACOBS (DC Bar #412249)
Attorneys
Antitrust Division
United States Department of Justice
1401 H Street NW, Suite 4000
Washington, D.C. 20530
(p) 202.514.5012
(f)  202.307.5802