UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case Number: 1:05CV02436 |
| Plaintiff, ) | |
| ) | Judge Ricardo M. Urbina |
| v. ) | |
| ) | Filed: August 16, 2006 |
| UNITEDHEALTH GROUP, INC., and ) | |
| PACIFICARE HEALTH SYSTEMS, INC., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF COMPLETION OF DIVESTITURES

Defendants have completed the divestiture of assets required by the Final Judgment that was entered on May 23, 2006. On June 13 and July 13, 2006, the Tucson Commercial Insurance Contracts were divested to CIGNA Healthcare of Arizona, Inc. On August 14, 2006, the Boulder Contract was divested to Great-West Life & Annuity Insurance Company. Pursuant to Section IV(I) of the Final Judgment, the United States approved both CIGNA and Great West as acceptable purchasers of the Divestiture Assets.

Dated: August 16, 2006

Respectfully Submitted,

_____/s/_____

JON B. JACOBS (DC Bar #412249)
NICOLE S. GORDON
Attorneys
Antitrust Division
United States Department of Justice
1401 H Street NW, Suite 4000
Washington, D.C. 20530
(p) 202.514.5012
(f) 202.307.5802